## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

IN THE INTEREST OF: J.N.S. A/K/A J.S.,   :   No. 306 EAL 2018
A MINOR   :
  :
  :   Petition for Allowance of Appeal from
PETITION OF: D.W., FATHER   :   the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 31st day of August, 2018, the Petition for Allowance of Appeal is

**DENIED**.